IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-MJ-1033-RJ-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CEDRIC MCEACHERN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before this court today for purposes of Defendant's initial appearance and removal hearing regarding charges against Defendant contained in a criminal complaint filed in the Eastern District of Virginia. [DE-1]. The court advised Defendant of his general rights under Fed. R. Crim. P. 5 and 20, the charges against him and the maximum penalties, after which Defendant indicated in writing his intention to waive the preliminary examination and identity hearing in this matter.

After conducting an inquiry of Defendant and his counsel in open court, this court finds that Defendant has waived his right to the preliminary examination and identity hearing knowingly and voluntarily, and the court accepts Defendant's waiver.

Based on Defendant's knowing and voluntary waivers, this court finds probable cause to hold Defendant over for the presentment of his case to the grand jury.

So ordered, the 3rd day of February 2017.

Robert B. Jones, Jr.,
United States Magistrate Judge